**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-cv-20438-ALTMAN/Sanchez**

**ARANTZA CASTRO**,

*Plaintiff*,

*v.*

**CALZEDONIA USA, INC.**
*d/b/a* Calzedonia,

*Defendant.*
_______________________________________/

## ORDER OF DISMISSAL

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 12] pursuant to FED. R. CIV. P 41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED *with prejudice***. This case shall remain **CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED as moot**.

**DONE AND ORDERED** in the Southern District of Florida on April 11, 2024.

_______________________________________
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record